STATE OF MONTANA, Plaintiff, vs. MARVIN B. HOWETH, JR., Defendant.

## DECISION

No. 10152

The application of the above-named defendant for a review of the sentence of Twenty years imposed on February 28, 1977, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Neal Jensen, of the Montana Defender Project, for his assistance to the defendant and to this Court.

DATED this 13th day of May, 1977.

SENTENCE REVIEW DIVISION

Jack L. Green, Chairman; Robert C. Sykes, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. DENNIS LEE MARKS, Defendant.

## DECISION

No. 2761-A

The application of the above-named defendant for a review of the sentence of Ten years imposed on October 25, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank James Johnstone, of the Montana Defender Project, for his assistance to the defendant and to this Court.

DATED this 13th day of May, 1977.

SENTENCE REVIEW DIVISION

Jack L. Green, Chairman; Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. SHANNON WILLIAM RICHMOND, Defendant.

## DECISION

No. 2752-A

The application of the above-named defendant for a review of the sentence of Ten years imposed on November 8, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Ben Everett, of the Montana Defender Project, for his assistance to the defendant and to this Court.

DATED this 13th day of May, 1977.

SENTENCE REVIEW DIVISION

Robert C. Sykes, Chairman; Peter G. Meloy.